# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

SERGIO DAVALOS,

                V.                        **JUDGMENT IN A CIVIL CASE**

JAMES A. YATES,

                                    **CASE NUMBER:**    09cv2101-JM(POR)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court hereby adopts the Report and Recommendations in full. Defendant's motion to dismiss is granted. The Clerk of the Court is directed to close the file.........................................................................

..........................................................................................................................................................

| August 5, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 5, 2010 |